NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1063

JOON PARK,

Plaintiff-Appellee,

v.

CAS ENTERPRISES, INC. (doing business as Kreg Tool Company),

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-0385, Judge Dana M. Sabraw.

## O R D E R

The court considers whether the parties should be directed to show cause why this appeal should not be dismissed.

CAS Enterprises, Inc. appeals from an order of the United States District Court for the Southern District of California that granted in part and denied in part Joon Park's motion to compel production of documents.

It appears from our review of the district court's docket sheet that final judgment has not yet been issued and that the appellant seeks review of an interlocutory order. Therefore, it appears that this appeal is premature.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The parties are directed within 21 days from the date of filing of this order to show cause why this appeal should not be dismissed.

(2)    The briefing schedule is stayed.

FOR THE COURT

JAN 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Paul E. Adams, Esq.
      Charles V. Berwanger, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 7 2010

JAN HORBALY
CLERK